```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                              CASE NO. 08 B 14837
     MICHAEL JEROME KINNEY
                                                    CHAPTER 13

                                                    JUDGE: BRUCE W BLACK

          Debtor
     SSN XXX-XX-4024


----------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 06/10/08 .

    2.  The case was dismissed without confirmation, 07/25/2008.

----------------------------------------------------------------------
CREDITOR NAME                CLASS         CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                              PAID            PAID
----------------------------------------------------------------------

          Summary of disbursements:
----------------------------------------------------------------------
                    SECURED    PRIORITY   UNSECURED       OTHER         TOTAL
----------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00         .00         .00         .00           .00
PRINCIPAL PAID          .00         .00         .00         .00           .00
INTEREST PAID           .00         .00         .00         .00           .00
TOTAL PAID              .00         .00         .00         .00           .00
The Debtor's attorney, PRO SE DEBTOR                 , was allowed $       .00
and was paid $       .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $       .00 .




     Dated: 10/09/08           /S/
                               GLENN STEARNS
                               CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
      CASE NO. 08 B 14837 MICHAEL JEROME KINNEY
```